ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Aug 14, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARCOS GONZALEZ-REYES,

Defendant.

CASE NO. 2:25-cr-0192 TLN

18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography [One Count]; 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography [One Count]; 18 U.S.C. § 2253(a) - Criminal Forfeiture

# I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography]

The Grand Jury charges: T H A T

MARCOS GONZALEZ-REYES,

defendant herein, beginning no later than on or about December 6, 2024, and continuing until on or about December 8, 2024, in the County of Solano, State and Eastern District of California, did knowingly distribute and attempt to distribute visual depictions of a minor engaging in sexually explicit conduct using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT TWO: [18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography]

The Grand Jury further charges: T H A T

MARCOS GONZALEZ-REYES,

defendant herein, on or about May 1, 2025, in the County of Solano, State and Eastern District of California, did knowingly possess at least one matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant MARCOS GONZALEZ-REYES shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violations; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violations, or any property traceable to such property, including but not limited to the following:

a. Lenovo Ideapad Y700 laptop, Serial Number: PF0E4Y7Y, and

b. Solid-state device hard drive, Serial Number: SU001TBP34A80M28AB.

2. If any property subject to forfeiture as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendant is convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

ERIC GRANT
United States Attorney

*No.* __________

**UNITED STATES DISTRICT COURT**

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

MARCOS GONZALEZ-REYES

INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography;
18 U.S.C. § 2252(a)(4)(B) Possession of Child Pornography, and
18 U.S.C. § 2253(a) - Criminal Forfeiture

*A true bill,* **/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* 14th *day*

*of* August *, A.D. 20* 25

/s/ J. Murphy

*Clerk.*

*Bail, $* **Detention Without Bail - Bail to be Determined at Initial Appearance in Federal Court**

[signature]

GPO 863 525

**<u>United States v. Marcos Gonzalez-Reyes</u>**
**Penalties for Indictment**

**<u>COUNT ONE:</u>**

VIOLATION: 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography

PENALTIES: Mandatory minimum of five (5) years in prison and maximum of up to twenty (20) years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least five (5) years and up to life

SPECIAL ASSESSMENTS:
$100, pursuant to 18 U.S.C. § 3013;
$5,000 if the defendant is non-indigent, pursuant to 18 U.S.C. § 3014(a)(3);
Up to $35,000, pursuant to 18 U.S.C. § 2259A(a)(2).

**<u>COUNT TWO:</u>**

VIOLATION: 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography

PENALTIES: Up to twenty (20) years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least five (5) years and up to life

SPECIAL ASSESSMENTS:
$100, pursuant to 18 U.S.C. § 3013;
$5,000 if the defendant is non-indigent, pursuant to 18 U.S.C. § 3014(a)(3);
Up to $17,000, pursuant to 18 U.S.C. § 2259A(a)(1).

**<u>FORFEITURE ALLEGATION</u>**

VIOLATION: 18 U.S.C. § 2253(a) – Criminal Forfeiture

PENALTIES: As stated in the charging document